# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SIPES, | |
|     Plaintiff, | Case No. 2:12-cv-01525-LDG (VCF) |
| v. | **ORDER** |
| BANK OF AMERICA N.A., | |
|     Defendant. | |

Plaintiff Kevin Sipes has filed a motion for a preliminary injunction and moves for an order shortening time (#9) as to that motion. In his motion for a preliminary injunction, Sipes seeks to enjoin the sale of his home, which he asserts is presently scheduled for a Trustee's Sale on October 24, 2012. Sipes asserts, in his motion to shorten time, that if his motion for preliminary injunction is heard in the normal course, the sale will likely occur during the interim. The Court finds, however, that briefing can be completed and the motion can be heard and decided without shortening time. Accordingly,

THE COURT **ORDERS** that Plaintiff's Motion for Order Shortening Time Pursuant to LR 6-1 (#9) is DENIED;

\\

\\

1   THE COURT FURTHER **ORDERS** that a hearing on Plaintiff's Motion for
Preliminary Injunction (#8) is scheduled for Friday, October 19, 2012, at 10:00 a.m. in
Courtroom 6B before the undersigned.

DATED this ___26___ day of September, 2012.

_____
Lloyd D. George
United States District Judge